UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT<br>OF DENET TOWING SERVICE, INC.,<br>AS OWNER PRO HAC VICE AND OPERATOR<br>OF THE M/V TEON MARIA AND TEON<br>MARIA, LLC AS OWNER OF THE M/V TEON<br>MARIA FOR EXONERATION FROM OR<br>LIMITATION OF LIABILITY | CIVIL ACTION NO. 20-00994<br>c/w 20-01080, 20-01088, 20-1089, 20-1283<br><br>REF: 20-1283<br><br>SECTION "T"(2)<br>MAG. DONNA P. CURRAULT |

### ANSWER AND CLAIM OF STARR INDEMNITY & LIABILITY COMPANY

TO THE HONORABLE, THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA:

NOW INTO COURT, through undersigned counsel, comes Starr Indemnity & Liability Company ("Starr") who, in answer to the Verified Complaint for Exoneration from and/or Limitation of Liability ("Complaint") filed by Supreme Towing Co., Inc. ("Supreme"), as owner *pro hac vice* and operator of the M/V KYLE JOSEPH pleads as follows:

### ARTICLE I

Starr has been made a third party defendant by way of a Third Party Petition filed against Starr by Hilcorp Energy Company ("Hilcorp") in that matter entitled Cecele Alma Sylve Alexis v. Hilcorp Energy Co., et al bearing Docket No: 61877 on the docket of the 25th Judicial District Court for the Parish of Plaquemines, State of Louisiana, Division "A".

1

## ARTICLE II

Starr repeats, reiterates and reavers all of its answers and defenses to Hilcorp's prior third party petitions and/or cross claims against Starr with the same force and effect as if fully incorporated herein.

## ARTICLE III

Starr, in its answer to that Third Party Petition, has disputed any liability as to Hilcorp. Nevertheless, alternatively, if Hilcorp is found liable in any respects in this limitation and, therefore, is entitled to any recovery over against Starr, which is denied, said liability would be derivative only flowing through the claimant in limitation, Hilcorp.

## ARTICLE IV

All for those reasons, Starr hereby incorporates by reference, that "ANSWER AND CLAIM OF HILCORP ENERGY COMPANY" previously filed of record in this matter, bearing record document No: 60, as Starr's own "ANSWER AND CLAIM" as to that Petition in Limitation brought by Supreme.

## ARTICLE V

Starr reserves the right to supplement and amend this pleading as required.

WHEREFORE, Starr prays that, after all due proceedings be had, that its CLAIM AND ANSWER in this matter be deemed good and sufficient and, that the Petition in Limitation brought by Supreme be denied and for all other relief as may be just and equitable under the circumstances.

Respectfully submitted,

S/Richard A. Cozad
Richard A. Cozad, T.A.  (#4537)
Michael L. McAlpine  (#9195)
Jeff D. Peuler  (#30017)
Morgan Kelley (#38299)
SCHOUEST, BAMDAS, SOSHEA
 & BENMAIER
365 Canal Street, Suite 2730
New Orleans, LA  70130
Tel. 504.561.0323 / Fax 504.528.9442
*Attorneys for Starr Indemnity and Liability Company*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing document was filed with the Clerk of Court on September 22, 2020, and is available for viewing and downloading from the CM/ECF system. Notice of Electronic Case Filing has been sent automatically to all counsel on the e-mail service list.  Any counsel not included on the e-mail service list received a copy via United States Mail.

S/Richard A. Cozad
RICHARD A. COZAD

2072803