UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT | CIVIL ACTION NO. 20-00994 |
| OF DENET TOWING SERVICE, INC., | c/w 20-01080, 20-01088, 20-1089, 20-1283 |
| AS OWNER PRO HAC VICE AND OPERATOR | |
| OF THE M/V TEON MARIA AND TEON | REF: 20-1089 |
| MARIA, LLC AS OWNER OF THE M/V TEON | |
| MARIA FOR EXONERATION FROM OR | SECTION "T"(2) |
| LIMITATION OF LIABILITY | MAG. DONNA P. CURRAULT |

**ANSWER AND CLAIM OF STARR INDEMNITY & LIABILITY COMPANY**

TO THE HONORABLE, THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA:

NOW INTO COURT, through undersigned counsel, comes Starr Indemnity & Liability Company ("Starr") who, in answer to the Verified Complaint for Exoneration from and/or Limitation of Liability ("Complaint") filed by Madere & Sons Marine Rental, LLC ("Madere"), as owner and operator of the M/V MISS ALENE pleads as follows:

**ARTICLE I**

Cecele Alma Sylve Alexis has made Starr a defendant pursuant to the Louisiana Direct Action Statute (La.Rev.St. 22:1269) in that matter entitled "Cecele Alma Sylve Alexis v. Hilcorp Energy Co., et al" bearing Docket No: 61877 on the docket of the 25th Judicial District Court for the Parish of Plaquemines, State of Louisiana, Division "A" ("State Court Action").

## ARTICLE II

Starr was made a direct action defendant by Cecele Alma Sylve Alexis in its capacity as liability insurer of claimant in this limitation, C.F. Bean, LLC ("Bean").

## ARTICLE III

Starr has denied any liability in that State Court action pleading certain exclusions, endorsements and/or other wording of its policy in denial of coverage.

## ARTICLE IV

Starr repeats, reiterates and reavers all of its answers and defenses to the original and supplemental and amending petitions of Cecele Alma Sylve Alexis in that State Court Action with the same force and effect as if fully incorporated herein.

## ARTICLE V

As aforementioned, Starr, in its answer to the petitions of Cecele Alma Sylve Alexis in that State Court action, has disputed any liability as to it and its policyholder, Bean.  Nevertheless, alternatively, *if* Bean is found liable in any respects in this limitation, which is denied and, therefore, Cecele Alma Sylve Alexis is entitled to any recovery over against Starr, which is denied, said liability will be derivative only flowing through the claimant in limitation, Bean.

## ARTICLE VI

All for those reasons, Starr hereby incorporates by reference, that "ANSWER AND CLAIM" of Bean previously filed of record in this matter, bearing record document No: 7, as Starr's own "ANSWER AND CLAIM" as to that petition in limitation brought by Madere.

## ARTICLE VII

Starr reserves the right to supplement and amend this pleading as required.

WHEREFORE, Starr prays that, after all due proceedings be had, that its CLAIM AND ANSWER in this matter be deemed good and sufficient and, that the Petition in Limitation brought by Madere be denied and for all other relief as may be just and equitable under the circumstances.

Respectfully submitted,

S/Richard A. Cozad
Richard A. Cozad, T.A.  (#4537)
Michael L. McAlpine  (#9195)
Jeff D. Peuler  (#30017)
Morgan Kelley (#38299)
SCHOUEST, BAMDAS, SOSHEA
 & BENMAIER
365 Canal Street, Suite 2730
New Orleans, LA  70130
Tel. 504.561.0323 / Fax 504.528.9442
*Attorneys for Starr Indemnity and Liability Company*

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that the foregoing document was filed with the Clerk of Court on September 23, 2020, and is available for viewing and downloading from the CM/ECF system. Notice of Electronic Case Filing has been sent automatically to all counsel on the e-mail service list. Any counsel not included on the e-mail service list received a copy via United States Mail.

          S/Richard A. Cozad
          RICHARD A. COZAD
2076513