UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN THE MATTER OF THE COMPLAINT     CIVIL ACTION NO. 20-00994
OF DENET TOWING SERVICE, INC.,     c/w 20-01080, 20-01088, 20-1089, 20-1283
AS OWNER PRO HAC VICE AND OPERATOR
OF THE M/V TEON MARIA AND TEON     REF: 20-1080
MARIA, LLC AS OWNER OF THE M/V TEON
MARIA FOR EXONERATION FROM OR     SECTION "T"(2)
LIMITATION OF LIABILITY     MAG. DONNA P. CURRAULT


**ANSWER AND CLAIM OF STARR INDEMNITY & LIABILITY COMPANY**


TO THE HONORABLE, THE JUDGES OF THE UNITED STATES DISTRICT
COURT FOR THE EASTERN DISTRICT OF LOUISIANA:

NOW INTO COURT, through undersigned counsel, comes Starr Indemnity
& Liability Company ("Starr") who, in answer to the Verified Complaint for
Exoneration from and/or Limitation of Liability ("Complaint") filed by Denet
Towing Service, Inc. ("Denet") as owner *pro hac vice* and operator of the M/V
TEON MARIA, and Teon Maria, LLC ("Teon") as owner of the M/v TEON MARIA
pleads as follows:

## ARTICLE I

Cecele Alma Sylve Alexis has made Starr a defendant pursuant to the
Louisiana Direct Action Statute (La.Rev.St. 22:1269) in that matter entitled "Cecele
Alma Sylve Alexis v. Hilcorp Energy Co., et al" bearing Docket No: 61877 on the

docket of the 25th Judicial District Court for the Parish of Plaquemines, State of Louisiana, Division "A" ("State Court Action").

## ARTICLE II

Starr was made a direct action defendant by Cecele Alma Sylve Alexis in its capacity as liability insurer of claimant in this limitation, C.F. Bean, LLC ("Bean").

## ARTICLE III

Starr has denied any liability in that State Court action pleading certain exclusions, endorsements and/or other wording of its policy in denial of coverage.

## ARTICLE IV

Starr repeats, reiterates and reavers all of its answers and defenses to the original and supplemental and amending petitions of Cecele Alma Sylve Alexis in that State Court Action with the same force and effect as if fully incorporated herein.

## ARTICLE V

As aforementioned, Starr, in its answer to the petitions of Cecele Alma Sylve Alexis in that State Court action, has disputed any liability as to it and its policyholder, Bean. Nevertheless, alternatively, _if_ Bean is found liable in any respects in this limitation, which is denied and, therefore, Cecele Alma Sylve Alexis

is entitled to any recovery over against Starr, which is denied, said liability will be derivative only flowing through the claimant in limitation, Bean.

## **ARTICLE VI**

All for those reasons, Starr hereby incorporates by reference, that "ANSWER AND CLAIM" of Bean previously filed of record in this matter, bearing record document No: 5, as Starr's own "ANSWER AND CLAIM" as to that petition in limitation brought by Denet and Teon.

## **ARTICLE VII**

Starr reserves the right to supplement and amend this pleading as required.

WHEREFORE, Starr prays that, after all due proceedings be had, that its CLAIM AND ANSWER in this matter be deemed good and sufficient and, that the Petition in Limitation brought by Denet and Teon be denied and for all other relief as may be just and equitable under the circumstances.

Respectfully submitted,

S/Richard A. Cozad
Richard A. Cozad, T.A.  (#4537)
Michael L. McAlpine  (#9195)
Jeff D. Peuler (#30017)
Morgan Kelley (#38299)
SCHOUEST, BAMDAS, SOSHEA
 & BENMAIER
365 Canal Street, Suite 2730
New Orleans, LA  70130
Tel. 504.561.0323 / Fax 504.528.9442
*Attorneys for Starr Indemnity and Liability Company*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing document was filed with the Clerk of Court on September 23, 2020, and is available for viewing and downloading from the CM/ECF system. Notice of Electronic Case Filing has been sent automatically to all counsel on the e-mail service list.  Any counsel not included on the e-mail service list received a copy via United States Mail.

S/Richard A. Cozad
RICHARD A. COZAD

2076558